### Commonwealth *v.* Malone, Appellant.

Argued September 21, 1970. *Henry Thomas Dolan,* with him *Fein, Criden, Johanson, Dolan and Morrissey,* for appellant; *Milton M. Stein,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.